UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WEST,<br><br>        Plaintiff,<br><br>    v.<br><br>PALO ALTO HOUSING CORPORATION, et al.,<br><br>        Defendants. | Case No. 17-CV-00238-LHK<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 6 |

This is a case involving housing discrimination, fraud, breach of contract, and mail tampering that was referred to Magistrate Judge Nathaniel Cousins. Judge Cousins has made a Report and Recommendation that the District Judge dismiss Plaintiff's complaint with leave to amend. ECF No. 6. The Report and Recommendation was filed and served on February 2, 2017. No objections have been filed, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b)(2).

Having reviewed the Report and Recommendation, as well as the record in this case, the Court finds that the Report and Recommendation is well-founded in fact and in law and, therefore, adopts the Report and Recommendation. The Court hereby DISMISSES Plaintiff's complaint with

1

leave to amend. Pursuant to the Report and Recommendation, Plaintiff shall file an amended complaint remedying the deficiencies identified in the Report and Recommendation within 14 days of this order. If Plaintiff fails to file an amended complaint that remedies the deficiencies identified in the Report and Recommendation within 14 days, the Court will dismiss the case with prejudice.

**IT IS SO ORDERED.**

Dated: April 17, 2017

LUCY H. KOH
United States District Judge