UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WEST,<br><br>                Plaintiff,<br><br>       v.<br><br>PALO ALTO HOUSING CORPORATION, et al.,<br><br>                Defendants. | Case No. 17-cv-00238-LHK   (HSG)<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION TO OBTAIN COPIES OF SEALED DOCUMENTS**<br><br>Re: Dkt. No. 241 |

The Court **DIRECTS** the Clerk's Office to provide copies of the following to Plaintiff at no charge, given Plaintiff's in forma pauperis status (Dkt. No. 6).

| Docket Number | Portion of Document |
|---|---|
| 44 | Entire document |
| 45 | Entire document |
| 52-1 | Page 4 |
| 52-2 | Pages 2, 27, 28, 29, 30, 31 |
| 53 | Pages 8, 19, 44, 45, 46, 47, 48 |
| 57 | Page 4 |
| 58 | Pages 2, 27, 28, 29, 30, 31 |

This order terminates docket number 241.

**IT IS SO ORDERED.**

Dated:   4/5/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge